UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 04704
    JOSEPH DUNN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER


          Debtor
    SSN XXX-XX-2314

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/16/2007 and was confirmed 08/15/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 12/19/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEUTSCHE BANK NATIONAL | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL | MORTGAGE ARRE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 967.27 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSECURED | 1123.60 | .00 | .00 |
| AFNI/VERIZON WIRELESS | UNSECURED | 817.32 | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| OCWEN FEDERAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 47.56 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 84.00 | .00 | 84.00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,500.00 | | 1,228.71 |
| TOM VAUGHN | TRUSTEE | | | 97.29 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,410.00

PRIORITY                                            84.00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                    1,228.71
TRUSTEE COMPENSATION                                 97.29
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                   1,410.00            1,410.00

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE